IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH SPENCER-THORNTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv454-MHT |
| | ) | (WO) |
| DONNA F. LANK; and USAA | ) | |
| INSURANCE AGENCY, INC., | ) | |
| | ) | |
|    Defendants. | ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 17), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Donna F. Lank is dismissed with prejudice and terminated as a party, with costs taxed as paid.  All claims against the other defendant remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 6th day of April, 2016.**

                                    <u>/s/ Myron H. Thompson</u>
                                **UNITED STATES DISTRICT JUDGE**