IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEBORAH SPENCER-THORNTON,   )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:15cv454-MHT
                            )            (WO)
USAA INSURANCE AGENCY,      )
INC.,                       )
                            )
    Defendant.              )
```

JUDGMENT

The court having been informed in the notice of mediation and settlement conference (doc. no. 19) that counts III and IV of the complaint are now settled, it is the ORDER, JUDGMENT, and DECREE of the court that counts III and IV of the complaint are dismissed with prejudice, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and the counts reinstated

or the settlement enforced, should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of June, 2016.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE